# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2016

### NO.  03-14-00035-CV

**Casey A. Koehler and Jennifer Phy, as Administratrix of the Estate of Evelyn Landua Koehler, Appellants**

**v.**

**Kanda Koehler, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on November 13, 2013.  The parties have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed.  Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.